# Court of Appeals
# of the State of Georgia

ATLANTA, September 10, 201

*The Court of Appeals hereby passes the following order:*

**A13D0018. JOEY JONES v. TERRI MULLIS, et al.**

On July 16, 2012, the superior court denied the filing of Joey Jones's pro se complaint on the ground that it stated no justiciable issue of fact or law. See OCGA § 9-15-2 (d). Jones, who is incarcerated, filed an application for discretionary appeal on August 22, 2012, seeking to appeal this ruling.[1]

A discretionary application must be filed within 30 days of entry of the order at issue. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Because Jones filed his application 37 days after the trial court entered its order, the application is untimely and is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 09/10/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, Clerk.

---

[1] Jones attempted to file his application earlier, but he failed to include the order he sought to appeal and thus the application was returned to him. See Court of Appeals Rule 31 (e) (discretionary applications must contain stamped "filed" copy of order from which appeal is sought).